# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3684

_____

| | | |
|---|---|---|
| American States Insurance Company, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Creative Walking, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 22, 1999
Filed: April 28, 1999

_____

Before BOWMAN,* Chief Judge, ROSS, and FAGG, Circuit Judges.

_____

PER CURIAM.

Creative Walking, Inc. appeals from the adverse decisions of the district court following the grant of summary judgment that denied relief on Creative Walking's flood-related insurance claims. Having reviewed the record and the parties' briefs, we conclude the district court's rulings are correct and an extended discussion is not warranted. We thus affirm the district court without a comprehensive opinion. See 8th Cir. R. 47B.

_____

*The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.